UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:12-cv-1087-T-30TGW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIDGEWATER COMMUNITY
ASSOCIATION, INC.

    Defendant.

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiff, UNITED STATES OF AMERICA, by and through undersigned counsel hereby files its Answer and Affirmative Defenses to Counterclaim and states as follows:

1. Admit.

2. Admit.

3. Admit,

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Without knowledge therefore denied.

10. Admit.

11. Admit.

CASE NO.: 8:12-cv-01087-T-30TGW

12. Admit.

13. Admit.

14. Denied.

15. Denied.

16. Denied.

17. Admit.

18. Denied.

19. Denied.

20. Plaintiff incorporates by reference paragraphs 1 through 19 as if fully set forth herein.

21. Admit.

22. Denied.

23. Denied.

24. Denied that Plaintiff has any such obligation, and denied that Plaintiff filed a foreclosure action. Admit as to no notice being provided by HUD.

25. Denied.

26. Denied.

27. Denied. Defendant refused to provide an accurate estoppel letter stating the amounts actually owed.

28. Denied.

LAW OFFICES
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR • • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

CASE NO.: 8:12-cv-01087-T-30TGW

## AFFIRMATIVE DEFENSES

1. To the extent Defendant had any claim for pre-certificate of title expenses, it waived its claim by failing to file an answer and affirmative defense to the foreclosure action brought by Wells Fargo which resulted in a default being entered against it.

2. Defendant waived any claim for damages, costs, and attorney fees by failing to provide an accurate estoppel letter to Plaintiff. *Saar v. Wellesley at Lake Clarke Shores Homeowners Ass'n, Inc.*, 68 So. 3d 417, 419-20 (Fla. 4th DCA 2011).

3. Plaintiff demands an award of costs and attorneys fees pursuant to Florida statutes §720.3085, §720.305, and the Declaration of Covenants and Restrictions.

Dated this 11 day of July, 2012.

Respectfully Submitted,

BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232

By: s/ Steven M. Davis
Steven M. Davis, Esq.
Florida Bar No. 894249
SDavis@becker-poliakoff.com

ACTIVE: U06092/332255:3843946_1

CASE NO.: 8:12-cv-01087-T-30TGW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. I further certify that I mailed a copy of the foregoing document by first class mail to: Mitchell L. Feldman, Esq., Feldman Fox & Morgado, P.A. 501 North Reo Street, Tampa, Florida 33609

BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232

By: s/ Steven M. Davis
Steven M. Davis, Esq.
Florida Bar No. 894249
SDavis@becker-poliakoff.com

ACTIVE: U06092/332521:3963409_1