

2008115423

Rcpt: 1196472    Rec: 10.00
DS: 0.00              IT: 0.00
08/06/08 _____ Dpty Clerk

JED PITTMAN, PASCO COUNTY CLERK
08/06/08   12:01pm  1  of  1
OR BK **7900** PG **38**

## CLAIM OF LIEN FOR
## UNPAID ASSESSMENTS

STATE OF FLORIDA    )
COUNTY OF PINELLAS )

       BEFORE ME, the undersigned authority, personally appeared LEONARD J. MANKIN, whose address is 28050 U.S. 19 North, Suite 100, Clearwater, Florida 33761 who, being first duly sworn, deposes and says that he is the Agent/Attorney of Bridgewater Community Association, Inc., a not-for-profit Florida corporation, whose address is c/o Rampart Properties, Inc., 9887 4th Street North, Suite 301, St. Petersburg, FL 33702, and that, pursuant to the Declaration of Covenants and Restrictions, Articles of Incorporation, By-Laws and action of the Board of Directors, there are due and owing the following unpaid assessment charges:

| DUE DATE | AMOUNT |
|---|---|
| 4/1/08 & 7/1/08 Assessments @ $92.00 per quarter | $ 184.00 |
| TOTAL | $ 184.00 |

for a total unpaid balance of One Hundred Eighty Four and 00/100 Dollars ($184.00) together with interest, late fees, reasonable attorneys' fees and costs incident to the collection, plus additional assessments which may come due, for which amount the undersigned claims a lien on the following described real property in Pasco County, Florida:

       Lot 11, Block 10, BRIDGEWATER PHASE 1 AND 2, according to the Plat thereof as recorded in Plat Book 48, Page 110, of the Public Records of Pasco County, Florida, and any subsequent amendments to the aforesaid.

**Said property is owned by:**      **Michael P. Gayda and Karin A. Gayda**

**BRIDGEWATER COMMUNITY
ASSOCIATION, INC.**

By_____
  , Leonard J. Mankin, Agent/Attorney

**EXHIBIT**

_A_

       The foregoing instrument was acknowledged before me this _____ day of August, 2008 by LEONARD J. MANKIN as Agent for the above-named association and who is personally known to me.

_____
      Notary Public



**SARAH SPRINGER**
MY COMMISSION # DD799460
EXPIRES June 22, 2012
(407) 398-0153    FloridaNotaryService.com