10-$70.00-DC
$490.70-DOC

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL ACTION

Documentary Tax Pd. $ 490.70
_____ Intangible Tax Pd
Paula S. O'Neil Clerk & Comptroller, Pasco County
By _____ Deputy Clerk

WELLS FARGO BANK, NA,
    Plaintiff,

vs.    CASE NO. 51-2008-CA-1844-ES
DIVISION J4

2010076038

SPACE FOR RECORDING ONLY F.S.§695.26

MICHAEL P. GAYDA; KARIN A. GAYDA; WELLS
FARBO BANK, N.A.; BRIDGEWATER COMMUNITY
ASSOCIATION, INC.;
    Defendant(s).
_____/

PAULA S.O'NEIL,Ph.D.PASCO CLERK & COMPTROLLER
05/28/10 08:42am  1 of 1
OR BK **8343** PG **6**

FILED FOR RECORD PASCO COUNTY, FLORIDA
2010 MAY 26 PM 7:14
Paula S. O'Neil
Clerk & Comptroller
Pasco County

## CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on April 13, 2010, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in PASCO County, Florida:

**LOT 11, BLOCK 10 BRIDGEWATER PHASE 1 AND 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 48, PAGE 110, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.**

**A/K/A 31132 MASENA DRIVE, ZEPHYRHILLS, FL 33544**

was sold to: <u>WELLS FARGO BANK, NA</u>, whose address is: <u>3476 Stateview Boulevard, MAC #X7801-013, Fort Mill, SC 29715</u>.

WITNESS my hand and seal of the Court on ___May 26___, 2010, as Clerk of the Circuit Court.

(SEAL)

Paula S. O'Neil
Clerk of the Circuit Court

By: _____
Deputy Clerk

PREPARED BY:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

R•FM•DC


EXHIBIT B