|||||||||||||||||||||
2010086537

Rcpt:1310878   Rec: 10.00
DS: 0.70        IT: 0.00
06/17/10 S. Burns, Dpty Clerk

PAULA S. O'NEIL, Ph.D. PASCO CLERK & COMPTROLLER
06/17/10 11:51am   1 of 1
OR BK **8356** PG **928**

### SPECIAL WARRANTY DEED

**THIS INDENTURE** between WELLS FARGO BANK, NA, whose address is 3476 Stateview Boulevard, Fort Mill, SC 29715, party of the first part, and, Secretary of Housing and Urban Development, c/o National Home Management Solutions, LLC, his successors and/or assigns, whose address is 2600 Douglas Road, Suite 800, Coral Gables, FL 33134, party of the second part,

**THAT** the said party of the first part, for and in consideration of the sum of TEN AND NO/100 ($10.00) DOLLARS, to it in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said party of the second part, and its assigns forever, the following-described land, to-wit:

LOT 11, BLOCK 10 BRIDGEWATER PHASE 1 AND 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 48, PAGE 110, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

FOLIO NUMBER: 0326200030010000110

SUBJECT TO: Real estate taxes for 2009 and subsequent years;
Conditions, restrictions, limitations and easements of record;

**TO HAVE AND TO HOLD** the same unto the said party of the second part in fee simple.
AND the said party of the first part does hereby covenant with the said party of the second part that, except as above noted, that at the time of the delivery of this deed the premises were free from all encumbrances made by it, and that it will warrant and defend the same against the lawful claims and demands of all persons claiming by, through or under it, but against none other.

Dated this 15 day of April, 2010.

Signed, Sealed and Delivered in Our Presence:

Witness Signature
Printed name: **William C. Jones**

Witness Signature
Printed name: **Amy E Hill**

WELLS FARGO BANK, NA BY VIRTUE OF A LIMITED POWER OF ATTORNEY RECORDED ON 11/7/08 IN THE OFFICIAL RECORDS BOOK 18951, PAGE 114, IN HILLSBOROUGH COUNTY, FLORIDA

By: _____
ITS ATTORNEY IN FACT
Printed Name: **Kenneth Porter**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this 15 day of apr, 2010, by **Kenneth Porter** on behalf of WELLS FARGO BANK, NA, who is personally known to me.

NOTARY PUBLIC
STATE OF FLORIDA
MY COMMISSION EXPIRES:
COMMISSION NO.:

WILLIAM C. JONES
MY COMMISSION # DD617606
EXPIRES: December 22, 2010
Bonded Thru Budget Notary Services

PREPARED BY AND RETURN TO:
TITLE DEPARTMENT, FEBE FROMETA
New House Title L.L.C.   PO Box 20328
9119 Corporate Lake Drive, Suite 300
Tampa, Florida 33634 33633-1383
MICHAEL GAYDA
F08015913


EXHIBIT C