GERALDINE R. HOLLOWAY
Attorney-At-Law
P.O. Box 7096
Tampa, Florida 33673
813-238-8839
Email: grh@grhpalaw.com

TO: Christina Quiroz, PK Management Group
FROM: Geraldine R. Holloway
REFERENCE: 31132 Masena, Wesley Chapel, FL      DATE: July 1, 2011

---

WARNING -- ITEMS LISTED AS OPEN VIOLATIONS ARE SUBJECT TO CURE AND ASSESSMENT OF COSTS WITHOUT FURTHER NOTICE. ESTIMATED COSTS ARE PROVIDED FOR INFORMATIONAL PURPOSES AND MAY CHANGE. OPEN VIOLATIONS MUST BE RELEASED BY THE ASSOCIATION, IN WRITING.

Following is a REVISED statement of the violations, if any, account balance and charges associated with conveyance of the referenced property as of the above date. BALANCE MUST BE VERIFIED 24 HOURS PRIOR TO CLOSING.

| Item | Amount |
|---|---:|
| Lien | $ 184.00 |
| 2008 Q4 Assessments | $ 92.00 |
| 2009 Quarterly Assessments -- 2 @ $168.00 | $ 336.00 |
| 2009 Quarterly Assessments -- 2 @ $70.00 | $ 140.00 |
| 2010 Annual Assessment | $ 280.00 |
| 2011 Annual Assessment | $ 250.00 |
| 10/15/08 Special Assessment Installment | $ 125.00 |
| 11/15/08 Special Assessment Installment | $ 125.00 |
| Late fees 11 @ $25.00 | $ 275.00 |
| Individual Assessments | |
|   Forced lawn service x 6 | $ 600.00 |
|   Mulch planters & beds | $ 150.00 |
|   Mailbox replacement | $ 600.00 |
|   Legal fees/lien | $ 505.00 |
|   Repaint structure | $ 2,500.00 |
|   Power wash drive & walks | $ 350.00 |
|   Legal fees/collection | $ 210.00 |
| Association inspection fee | $ 75.00 |
| Accrued Interest | $ 909.64 |
| Association Transfer Fee - Foreclosure | $ 250.00 |
| Association Capital Contribution Fee - Foreclosure | $ 400.00 |
| Association Transfer Fee -- WF to PNMA | $ 250.00 |
| Association Capital Contrib -- WF to PNMA | $ 400.00 |
| Association Transfer Fee -- Sale | $ 250.00 |
| Association Capital Contribution Fee -- Sale | $ 400.00 |
| Attorney's fees/release of lien | $ 250.00 |
| Estoppel Fee | $ 250.00 |
| Estoppel Certificate Fee | $ 50.00 |
| 720.3085 legal response | $ 100.00 |
| Payment | $ (325.00) |
| TOTAL | $10,181.64 |

Page One of Two


EXHIBIT A

### OPEN VIOLATIONS

| | |
|---|---|
| Repair/repaint garage door panel | $ 1,800.00 |
| Remove/replace dead sod | $ 1,000.00 |
| Restore/mulch beds & planters | $   550.00 |

Checks issued should be payable to "Geraldine R. Holloway Trust Account" and forwarded to my office, along with a copy of the deed.

Sincerely,

GERALDINE R. HOLLOWAY

*This is an estoppel certificate provided pursuant to Florida Statute solely for the use of the individual or entity to which it is addressed*

The information contained in this transmission may be legally privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication may be strictly prohibited by law. If you have received this communication in error, please notify us at the above stated telephone number.