**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.: 8:12-cv-01087-JSM-TGW

BRIDGEWATER COMMUNITY
ASSOCIATION, INC.,

    Defendant.
_____/

## **EMERGENCY MOTION FOR LEAVE TO WITHDRAW**

The undersigned counsel, Mitchell L. Feldman, Bradley A. Tobin, individually and on behalf of the law firm of Feldman Morgado, P.A., as counsel for Defendant, Bridgewater Community Association, Inc., hereby files this Motion for an Order from this Honorable Court allowing them to withdraw from representation in the above-styled case and in support thereof, counsel states as follows:

    1.    Defendant stopped communications with the undersigned counsel.

    2.    Defendant has fallen in arrears in payment for legal services and has refused to pay for services rendered in breach of an executed retainer agreement.

    3.    Subsequent communications by the undersigned and its staff to discuss the status of finances failed to obtain any responsive communication.

    4.    In the interim, Defendant hired another attorney and law firm who have entered appearance in this matter, assumingly with the authorization of Defendant, and assumingly are being paid for their legal services.

5. A lawyer may withdraw from representation where such a disagreement is present, Rule 4-1.16, Florida Rules of Professional Conduct.

6. The undersigned counsel was constructively discharged by Defendant and there appears to be a disruption in the relationship such that the undersigned should be permitted to withdraw.

7. Prior to attorney Jonathan Ellis filing his appearance, Defendant failed to notify the undersigned of any intent to terminate the undersigned's services, nor to seek a substitution of counsel. Certainly, attorney Ellis and his firm are being paid for their services in this manner.

8. It would manifestly unjust to force the undersigned to remain as responsible counsel in this case while Defendant refuses to pay for services and has authorized new counsel to make their appearance.

9. Moreover, Counsel has conferred with Defendant who consents to the withdrawal of undersigned, Bradley A. Tobin, and the firm of Feldman Morgado, PA.

10. Pursuant to Local Rule 2.03(b), all though 10-days notice would normally be required when the attorney seeks to withdraw in a case, the undersigned's services have been terminated by the Defendant; and it has caused new counsel to make an appearance who has assumed handling of all legal matters. Therefore, it would seem needless to provide any notice since the Defendant is requesting our withdrawal

### CERTIFICATE OF GOOD FAITH CONFERRAL

11. Counsel of the Plaintiff was contacted regarding this motion and does not oppose the motion.

**WHEREFORE**, Plaintiff's counsel, Mitchell, L. Feldman, Esquire, Bradley A. Tobin, Esquire, and the firm of Feldman Morgado, PA, request entry of an Order granting this motion

and permitting immediate withdrawal from representing Defendant in this matter, and be relived of any further responsibility to the Defendant in this case.

        Respectfully submitted,

**FELDMAN MORGADO, PA**

*/s/ Mitchell L. Feldman*
Mitchell L. Feldman, Esq. (FBN 0080349)
Bradley A. Tobin, Esq. (FBN 0101818)
501 North Reo Street
Tampa, Florida 33609
Phone:  (813) 639-9366 / Fax: (813) 639-9376
Email: mfeldman@ffmlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

**Dated:  June 12, 2013**

By:     */s/ Mitchell L. Feldman*
       Mitchell L. Feldman, Esquire

cc:     Mark Spector - MarkSpector@bcaofwc.com
       Bridgewater Community Association
       PO Box 7854
       Wesley Chapel, FL 33545