**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                   Case No: 8:12-cv-1087-T-30TGW

BRIDGEWATER COMMUNITY
ASSOCIATION, INC.,

   Defendant.

_____

ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #64) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of July, 2013.

                                                       JAMES S. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                             F:\Docs\2012\12-cv-1087 dismissal.docx